**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Danielle EVERETT-SMITH<br><br>    Debtor(s) | Case No. 16 B 13538 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

   Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1) The case was filed on 04/20/2016.

   2) The plan was confirmed on 09/01/2016.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

   4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/08/2017.

   5) The case was Dismissed on 02/01/2018.

   6) Number of months from filing to last payment: 17.

   7) Number of months case was pending: 24.

   8) Total value of assets abandoned by court order:  NA .

   9) Total value of assets exempted:  NA .

   10) Amount of unsecured claims discharged without payment: $0.00.

   11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $30,475.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $30,475.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,027.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,281.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,308.70

Attorney fees paid and disclosed by debtor:       $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate South Suburban Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,000.00 | 919.85 | 919.85 | 0.00 | 0.00 |
| Asurion | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility Services LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 0.00 | 485.06 | 485.06 | 0.00 | 0.00 |
| Capital One | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CH Ventures LLC | Unsecured | 0.00 | 2,520.00 | 2,520.00 | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHGOPATRL CU | Unsecured | 2,897.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 3,680.00 | 4,050.92 | 4,050.92 | 0.00 | 0.00 |
| Christ Medical Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 600.00 | 1,521.10 | 1,521.10 | 0.00 | 0.00 |
| Comcast | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 2,000.00 | 1,286.41 | 1,286.41 | 0.00 | 0.00 |
| Credit Control | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CreditBox.com LLC | Unsecured | 304.00 | 1,240.08 | 1,240.08 | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 17,963.00 | 18,335.81 | 18,335.81 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Enterprise | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| ERC | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Forrest General Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL RECEIVABLES SOL | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| Hertz Processing Services | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| HonorHealth Scottsdale Shea Medical Cer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Employment Security | Unsecured | 126,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 0.00 | 7,060.40 | 7,060.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 65,000.00 | 23,862.14 | 19,196.82 | 3,085.18 | 0.00 |
| Internal Revenue Service | Unsecured | 6,094.00 | 42,998.59 | 42,998.59 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 135.00 | 135.00 | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univeristy Health Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Payment Data | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| MetroSouth | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nemo'S Coll | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 9,000.00 | 11,674.80 | 11,674.80 | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 7,858.00 | 7,858.21 | 7,858.21 | 0.00 | 0.00 |
| peoples gas | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Southern Auto Finance Company | Secured | 19,034.00 | 19,034.00 | 19,034.00 | 19,034.00 | 547.12 |
| Southern Auto Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Southern Auto Finance Company | Unsecured | NA | 0.96 | 0.96 | 0.00 | 0.00 |
| SOUTHFINS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| State Colls | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Telecheck Services, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TSI/940 | Unsecured | 6,765.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Village Of Bellwood | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Village of Bellwood | Secured | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 0.00 |
| Wayne General Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Weiss Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wilmington Trust NA | Secured | 79,958.00 | 81,045.97 | 81,045.97 | 0.00 | 0.00 |
| Wilmington Trust NA | Secured | 1,522.29 | 1,522.29 | 1,522.29 | 0.00 | 0.00 |
| WR Property Management | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $81,045.97 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,522.29 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,034.00 | $19,034.00 | $547.12 |
| All Other Secured | $2,500.00 | $2,500.00 | $0.00 |
| **TOTAL SECURED:** | **$104,102.26** | **$21,534.00** | **$547.12** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,196.82 | $3,085.18 | $0.00 |
| **TOTAL PRIORITY**: | **$19,196.82** | **$3,085.18** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$100,087.19** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,308.70 |
| Disbursements to Creditors | $25,166.30 |
| **TOTAL DISBURSEMENTS** : | **$30,475.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2018                    By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**